# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**DEBRA REARDON,**           Case No. 3:11-CV-274

   Plaintiff,

                            **Judge Timothy S. Black**

-vs-

**FOREST PHARMACUETICALS, INC.,**

   Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion Summary Judgment (Doc. 14) is **GRANTED**; and the case is **CLOSED** from the docket of the Court.

Date: October 31, 2012                             **JOHN P. HEHMAN, CLERK**

                                                         By: *s/ M. Rogers*
                                                         Deputy Clerk